UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTOINE REED, | ) | No. EDCV 12-650 JST (FFM) |
|     Petitioner, | )<br>)<br>) | ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF |
| v. | ) | UNITED STATES MAGISTRATE JUDGE |
| TERI GONZALEZ, WARDEN, | ) | |
|     Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice as time-barred.

DATED: January 27, 2013

JOSEPHINE STATON TUCKER
United States District Judge