UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTOINE REED, | ) | No. EDCV 12-650 JST (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| TERI GONZALEZ, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 27, 2013

JOSEPHINE STATON TUCKER
United States District Judge